IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW McPHERSON on behalf of himself and all others similarly situated, | ) ) ) | CASE NO. 1:14-cv-02475 |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | AFFIDAVIT OF JOEL M. COHN IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE* |
| HORSESHOE CLEVELAND MANAGEMENT, LLC d/b/a HORSESHOE CASINO CLEVELAND, | ) ) ) ) ) ) | |
| Defendant. | ) | |

I, Joel M. Cohn, hereby affirm under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a partner in the law firm of Akin Gump Strauss Hauer & Feld LLP. My office is located at 1333 New Hampshire Avenue, NW, Washington, D.C. 20036-1564. My telephone number is (202) 887-4000 and my fax number is (202) 887-4288. My email address is jcohn@akingump.com.

2. I am currently counsel for defendant Horseshoe Cleveland Management, LLC.

3. I have defended numerous employment actions under federal and state law.

EXHIBIT 1

4. I am and have been a member in good standing of the Bar of the District of Columbia (Bar No. 933713) since 1977. I have been admitted to the Bar of the United States District Courts for the District of Columbia since 1989 and for the District of Colorado since 1997.

5. I am in good standing in all bars to which I have been admitted and am not now, nor have I ever been, disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Joel M. Cohn

On this 2nd day of February in the year 2015, before me, Gail V. Smith, a Notary Public in and for the District of Columbia, personally appeared Joel M. Cohn, known to me to be the person who executed the within Affidavit, and acknowledged to me that he executed the same for the purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the jurisdiction aforesaid, the day and year first above written.

_____
Notary Public

GAIL V. SMITH
Notary Public of District of Columbia
My Commission Expires: My Commission Expires November 14, 2017

-2-

EXHIBIT 1